**United States District Court**
**District of Massachusetts**

---

**United States of America**

**v.**

                                     **Criminal No.:  17-cr-10007-MLW**

**Damien Galloway**

**Defendant's Assented-To Motion to Withdraw**
**Motion to Amend**
**His Motion to Vacate Conviction Pursuant to 28 U.S.C. § 2255**
**to Add Claim under *Rehaif v. United States*, 139 S. Ct. 2191 (2019)**

Defendant Damien Galloway, by undersigned counsel, hereby moves, with

the assent of the Government, to withdraw his motion to amend his motion to

correct sentence under 28 U.S.C. § 2255 (Doc. No. 63).  As reason therefore, Mr.

Galloway has communicated with counsel and indicated that he does <u>not</u> want to

pursue a claim under *Rehaif v. United States*, 139 S. Ct. 2191 (2019).

Pursuant to L.R. 7.1(c), undersigned counsel for Defendant conferred with

Assistant U.S. Attorney Philip Mallard prior to filing the motion.  The Government

assents to this motion.

DAMIEN GALLOWAY
By his attorney

*/s/ Jean C. LaRocque*                               Dated:  August 17, 2020
Jean C. LaRocque
Shea and LaRocque, LLP
929 Massachusetts Avenue, Suite 200
Cambridge MA  02139-3134
617.577.8722
jean@shearock.com

1

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) will be sent to those indicated as non-registered participants on August 17, 2020.

*/s/ Jean C. LaRocque*
Jean C. LaRocque