UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Galloway, Damien R**    **93312-038**    **SA**    **Herlong**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

I am requesting to be released on Home Confinement under Title 18, U.S.C, 3582(c). In support of this request I provide the Following. 1) I have a long history of Asthma, a chronic lung disorder which has affected me since my Pre-adolescent years. This makes me extremely vulnerable to Covid-19. 2) I have completed more than 75% of my time, and I have less than 18 months remaining on my sentence. 3) Although I do not have low classification points, I have Extraordinary and Compelling reasons to seek relief due to my health condition. 4) Although I have completed many programs, I can not prepare for Reentry to society being locked down 23 hours a day.

**May 7, 2020**
DATE

*Damien Galloway*
SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

CASE NUMBER: _____

**Part C – RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION