# Inmate Request to Staff Response
## GALLOWAY, Damien
## Reg. No. 93312-038

Your correspondence addressed to the Sierra Unit Team dated July 17, 2020, requested a Reduction in Sentence (RIS) and/or Compassionate Release due to COVID-19.

An investigation into your request revealed the following: Medical staff reviewed your current medical condition and determined you do not meet the criteria for Compassionate Release. You are a 32-year old male with no underlying medical conditions that would indicate an increased risk of COVID-19.

You are currently serving a 64-month sentence for Felon in Possession of Firearm and Ammunition, with a projected release date of August 9, 2021. You are also a Medium Security level inmate. Since your current incarceration, you have received one incident report for failing to follow the rules and regulations of the Bureau of Prisons (BOP). On July 24, 2020, at your bi-annual Program Review, you received a second consecutive risk pattern score of High based on the First Step Act-Risk Recidivism Level.

To be considered for immediate Home Confinement under COVID-19 guidelines, you must reside at a Minimum or Low Security facility and you must have a risk pattern score of Minimum. Furthermore, you have failed to provide any proof of a health risk or debilitating medical condition that would constitute a Compassionate Release or RIS.

Based on the above, your request for Reduction in Sentence and/or Compassionate Release is denied.

You have the right to appeal this decision via the Administrative Remedy Process. If you choose to appeal, you do not need to complete the informal review, but you would need to include a copy of this memorandum with your appeal. Any decision regarding appeal will be handled in a manner outlined in policy.

_____    7/31/2020
Paul Thompson, Warden               Date