```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             ) Cr. No. 17-10007-MLW
DAMIEN GALLOWAY,             )
     Defendant.              )
                             )
```

ORDER

WOLF, D.J.                                      December 4, 2020

    For the reasons explained at the December 3, 2020 hearing, it is hereby ORDERED that:

    1. Defendant Damien Galloway's Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A) (Dkt. No. 73) is ALLOWED.

    2. Defendant's sentence is modified to time-served plus up to 14-days if after being quarantined pursuant to FCI Herlong policy Galloway tests negative for the COVID-19 virus. The government shall report the results of the test promptly to Probation and the court. If it is negative, the court will order Galloway's immediate release on the following conditions. If Galloway tests positive, the parties and Probation shall confer and report how they propose this matter proceed.

    3. Defendant's term of Supervised Release is increased to 45 months, see 18 U.S.C. §3582(c)(1)(A)(i), on the Mandatory,

Standard, and Special Conditions in the October 26, 2017 Judgment (Dkt. No. 51), and the following additions to the Special Conditions:

(a) Defendant shall, until August 9, 2021, remain in his mother's home at 19 McKone Street, Dorchester, Massachusetts, subject to electronic monitoring or an alternative form of surveillance proposed by Probation and approved by the court. Probation may, however, authorize defendant to leave that residence for limited periods of time to seek employment, for work, for medical appointments, for religious observances, for court appearances and any other activity approved by the court. However, defendant is, in any event, required to be at 19 McKone Street from 7:00 p.m. to 6:00 a.m. each day.

(b) While on Supervised Release, defendant shall not communicate or be with Unique Long, as well as the other individuals on the Associational Restriction list that is part of the October 26, 2017 Judgment. See Dkt. No. 51-2.

4. Probation shall inform the court promptly of any alleged violation of a condition of Supervised Release.

5. Defendant shall report, every three months, to Probation and the court, in writing, concerning his progress on Supervised Release.

6. The government and Probation shall provide this order to the Bureau of Prisons forthwith.

_____
UNITED STATES DISTRICT JUDGE