UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 17-10007-MLW |
| DAMIEN GALLOWAY, | ) |
|     Defendant. | ) |
| | ) |

ORDER

WOLF, D.J.                                                  December 28, 2020

The court has received responses of defendant Damien Galloway and the government to the December 24, 2020 Order. The court now realizes that the parties misunderstood the December 4, 2020 Order and, although the court was not informed, Galloway was released on December 18, 2020. Therefore, no further action is necessary and the December 29, 2020 hearing is CANCELLED.

                                            /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE